UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL FRESH,

    Plaintiff,

  v.

DIAMOND DEVELOPMENT & INVESTMENTS INC., d/b/a Diamond Dave's Steakhouse, et al,

    Defendants.

CIVIL ACTION

NO. 1:13-CV-2657-CAP

O R D E R

As a senior judge of the Northern District of Georgia, I decline assignment of this case. The clerk is directed not to substitute another case for this action.

SO ORDERED, this  16th  day of August, 2013.

                              /s/Charles A. Pannell, Jr.
                              CHARLES A. PANNELL, JR.
                              United States District Judge