Local Form 440 (12/09) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
### (This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **David B. Ulmer**, who is designated by law to accept service of process on behalf of *(name of organization)* **Diamond Development & Investments inc. d/b/a Diamond Daves Steakhouse** on *(date)* **10-29-13** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: **10-29-13**

_____
Server's signature

**Elizabeth A Shepherd, Process Server**
Printed name and title

**5080 Woodland Dr. Kennesaw, GA 30152**
Server's address

Additional information regarding attempted service, etc: