Local Form 440 (12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)*

This summons for *(name of individual and title, if any)* __3271 Stoney Acres Drive,__
was received by me on *(date)* _____.

☒ I personally served the summons on the individual at *(place)*
__Kennesaw, GA 30152__ on *(date)* __10-29-13__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __10-29-13__

_Em G Sh_
Server's signature

__Elizabeth A. Shepherd    Process Server__
Printed name and title

__5080 Woodland Drive, Kennesaw, GA 30152__
Server's address

Additional information regarding attempted service, etc: