UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL FRESH,<br><br>Plaintiff,<br><br>-versus-<br><br>DIAMOND DEVELOPMENT & INVESTMENTS, INC., d/b/a/ DIAMOND DAVE'S STEAK-HOUSE, and DAVID ULMER,<br><br>Defendants | CIVIL ACTION<br><br>FILE NO.: 1:13-cv-02657 |

## ANSWER

Come now Defendants, named above, by and through the undersigned attorney, and by way of answer to the Complaint herein show to the court and aver as follows:

1. - 9.

Defendants admit paragraphs one (1) through nine (9) of the Complaint.

1

10. - 29.

Defendants deny paragraphs ten (10) through twenty-nine (29) of the Complaint.

30.

Defendants show that plaintiff's claims are false and contrived and that Plaintiff knows this and his counsel should also be aware of same. Plaintiff and his counsel are given this safe haven opportunity to dismiss this false action and avoid Rule 11 sanctions in the future.

31.

Defendants demand a trial by jury herein.

WHEREFOR, having fully answered Defendants demand that this action be dismissed with all costs cast against the Plaintiff and that Defendsants receive an award of all fees and costs of this action including a reasonable award of attorney's fees.

Respectfully submitted this 18th day of November, 2013

JOHNSON & ASSOCIATES, P.C.

5208 Roswell Rd.
Atlanta, GA 30342
Telephone (404) 688-7100
Facsimile (678) 254-1792
attorneymichaelrjohnson@yahoo.com

s/MICHAEL R. JOHNSON, SR.
Michael R. Johnson, Sr.
State Bar of Georgia 395056
Attorney For Defendants

CONTY OF COBB:

STATE OF GEORGIA:

VERIFICATION

All of the foregoing Answer is true and correct so help me God.

Sworn to and subscribed
Before me this ___ day
October 13, 2014.

*[signature]*

**MYRA BRALY**
NOTARY PUBLIC
Paulding County
State of Georgia
My Comm. Expires Sept. 1, 2018

*[signature]*
Dave Ulmer, individually and in his
capacity as CEO of
Diamond Development and
Investments, Inc.

## CERTIFICATE OF SERVICE

I have this day served a true and complete copy of the above and foregoing upon all parties via the Court's electronic filing system.

Respectfully submitted this 18th day of November, 2013

JOHNSON & ASSOCIATES, P.C.

5208 Roswell Rd.
Atlanta, GA 30342
Telephone (404) 688-7100
Facsimile (678) 254-1792
attorneymichaelrjohnson@yahoo.com

s/MICHAEL R. JOHNSON, SR.
Michael R. Johnson, Sr.
State Bar of Georgia 395056
Attorney For Defendants