IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL FRESH,<br><br>                  Plaintiff,<br><br>v.<br><br>DIAMOND DEVELOPMENT INVESTMENTS, INC. d/b/a DIAMOND DAVE'S STEAKHOUSE, DAVID ULMER, and RESTAURANT DEVELOPMENT, INC.<br><br>                  Defendants. | 1:13-cv-2657-WSD |

## ORDER

Pursuant to Local Rule 26.2(A), the discovery period, in this case, commenced thirty (30) days after the appearance of the first defendant by answer to the complaint. See N.D.Ga. L.R. 26.2(A). Cases, such as this one, filed under the "Labor" category are assigned to the four (4)-month discovery period track. See Appendix F to the Local Rules. The discovery period for this case thus is set to expire on March 16, 2015. (See Docket Entry No. 18).

On March 9, 2015, granted Plaintiff Michael Fresh's unopposed Motion for Leave to Amend Complaint and Add Defendant [20] (the "Motion for Leave"). Because the Court allowed a new party to be named as a defendant in this case

when it granted the Motion for Leave, the Court concludes it should adjust the schedule for future proceedings in this action and does so in this Order. The schedule for the processing of this case is as follows:

1. The Joint Preliminary Report and Discovery Plan required by Local Rule 16.2 shall be filed on or before March 25, 2015.[1]

2. The current discovery deadline of March 16, 2015, is extended. All discovery shall be completed on or before May 15, 2015.

3. The parties shall file, on or before March 18, 2015, a Joint Detailed Discovery Plan (the "Plan") in the form prescribed in Paragraph 14 of the Court's Standing Order Regarding Civil Litigation.[2] The Plan shall provide for the conclusion of all discovery, fact and expert, on or before May 15, 2015.

**SO ORDERED** this 10th day of March, 2015.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE

---

[1]   Pro se litigants and opposing counsel are permitted to file separate statements.

[2]   http://www.gand.uscourts.gov/pdf/Standing_Order_Re_Civil_Litigation.pdf