# I N V O I C E

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 28392 | 5/20/2015 | 22225 |
| **Job Date** | **Case No.** | |
| 5/6/2015 | 1:13-cv-2657-WSD | |
| **Case Name** | | |
| Micheal Fresh vs. Diamond Development & Investments, et al | | |
| **Payment Terms** | | |
| Net 30 | | |

Paul J. Sharman, Esq.
Sharman Law Firm
Suite 100
11175 Cicero Drive
Alpharetta, GA  30022

ORIGINAL AND E-TRAN COPY OF THE TRANSCRIPT OF:

   David Ulmer     325.30

      Half Day Per Diem     75.00

      Exhibits: Scanned B&W     10.00 Pages     3.50

**TOTAL DUE  >>>**     **$403.80**

AFTER 6/19/2015  PAY     $444.18

We appreciate the opportunity to earn your business!

We gladly accept Visa, MasterCard, AMEX and Discover. To obtain a copy of our W9 please visit www.discoverylit.com/w9.pdf

**Tax ID:** 45-4198354

*Please detach bottom portion and return with payment.*

Paul J. Sharman, Esq.
Sharman Law Firm
Suite 100
11175 Cicero Drive
Alpharetta, GA  30022

Job No.      : 22225          BU ID       : ATL
Case No.     : 1:13-cv-2657-WSD
Case Name    : Micheal Fresh vs. Diamond Development & Investments, et al
Invoice No.  : 28392          Invoice Date : 5/20/2015
**Total Due** : **$403.80**
AFTER 6/19/2015  PAY  $444.18

Remit To:    Discovery Litigation Services, LLC
             c/o Commercial Finance Group of Atlanta
             P.O. Box 420247
             Atlanta, GA  30342

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____